CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 0 9 2015

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:13cr00025-7 |
| v. | |
| ARTHUR MARQUINTON RONELLE KINNARD a/k/a "TenC", Defendant. | By: Michael F. Urbanski United States District Judge |

## ORDER

The court referred this case to United States Magistrate Judge James G. Welsh for conduct of a plea hearing and plea colloquy under Rule 11 of the Federal Rules of Criminal Procedure pursuant to 28 U.S.C. § 636(b)(3). The magistrate judge filed a report and recommendation on December 12, 2014, recommending that defendant's plea of guilty to Count One of the Third Superseding Indictment be accepted. No objections were filed by either party to the report and recommendation, and the court is of the opinion that the report and recommendation should be adopted in its entirety. Accordingly, it is **ORDERED** that said report and the findings and recommendation contained therein are hereby **ACCEPTED IN WHOLE**, defendant's plea of guilty to Count 1 of the Third Superseding Indictment and plea agreement are **ACCEPTED**, and the defendant is adjudged **GUILTY** of Count 1 of the Indictment.

It is so **ORDERED**.

Entered: January 9, 2015

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge